IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civ. No. 3:15-cv-00474-GCM

| | |
|---|---|
| MARC C. LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER ) | |
| OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER HAVING COME BEFORE THE COURT on plaintiff's motion for Attorney's fee under 28 U.S.C.A. § 2412, the Equal Access to Justice Act (Doc. No. 13).

There being no dispute between the parties, it is ORDERED that Defendant pay to Plaintiff the sum of $4,520.64 (Four Thousand Five Hundred Twenty and 64/100 Dollars) in attorney fees, plus $400 (Four Hundred Dollars) in court costs, in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and that upon such payment this case be dismissed with prejudice. If the award to Plaintiff is not subject to the Treasury Offset Program, the award will be made payable and sent to Plaintiff's counsel, in accordance with Plaintiff's assignment of EAJA fees.

Signed: October 27, 2016

Graham C. Mullen
United States District Judge